TAN TIME, LLC., Appellant–
Respondent,

v.

THE CURATORS OF the UNIVER-
SITY OF MISSOURI, Respon-
dent–Appellant.

Nos. WD 71754, WD 71829.

Missouri Court of Appeals,
Western District.

Nov. 9, 2010.

Thomas M. Schneider, for Appellant–
Respondent.

Kelly S. Mescher, for Respondent–Ap-
pellant.

Before Division Two: JOSEPH M.
ELLIS, Presiding Judge, JAMES M.
SMART, JR., Judge and ALOK AHUJA,
Judge.

***ORDER***

PER CURIAM:

Tan Time, L.L.C. appeals from the trial
court's judgment denying Tan Time's lost
profits claim and its *quantum meruit*
claim, and holding that the lease agree-
ment between Tan Time and the Universi-
ty of Missouri would expire under its own
terms on December 31, 2010. After a
thorough review of the record, we conclude
that the judgment is supported by sub-
stantial evidence, is not against the weight
of the evidence, that no error of law ap-
pears, and that an opinion would have no
precedential value.

Judgment affirmed. Rule 84.16(b).